# Court of Appeals
# of the State of Georgia

ATLANTA, January 23, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0177. STATE v. DANIEL**

On January 5, 2017, appellee Kelton Daniel moved this Court to dismiss the instant appeal based upon the trial court's having entered an order dismissing this appeal below on the ground that the State failed to timely file a transcript. Having reviewed the motion and the supplemental record containing the trial court's dismissal order, this Court hereby grants the appellee's motion. This appeal is, therefore, DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/23/2017
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*